

Laura D. Ruccolo
856.914.2084
lruccolo@capehart.com

May 30, 2025

The Honorable Mathew J. Skahill, U.S.M.J.
United States District Court, District of New Jersey Camden
Mitchell H. Cohen Building & U.S. Cthse.
4th & Cooper Sts.
Camden, NJ  08101

Re:   C.W. Clarke ads. Kichin, Dmitriy
      Our File No.  10413-67258.e
      Docket No.  1:24-cv-10545-ESK-MJS

Dear Judge Skahill:

    Enclosed please find a copy of the Confidentiality Order to be entered in the above-referenced matter.  It follows the local form.   Plaintiff's attorney consent to the entry of same.

    Respectfully submitted,

CAPEHART & SCATCHARD, P.A.

/s/ *Laura D. Ruccolo*

Laura D. Ruccolo

LDR/tlw

14566296