# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN            **DATE:** October 7, 2025

**JUDGE MATTHEW SKAHILL, U.S.M.J.**

**COURT REPORTER:** Court Conference Line

**TITLE OF CASE:**            **DOCKET NO. 24-10545 (ESK/MJS)**
KICHIN
  v.
C.W. CLARKE ASSOCIATES, INC. et al

**APPEARANCES:**
Alex Kadochnikov, Esq. for Plaintiff
Laura Ruccolo, Esq. for Defendants

**NATURE OF PROCEEDINGS:** Motion Hearing
Hearing on [34] motion to compel and [35] Motion to change designation held by phone on the record.
Ordered [35] motion Denied as moot.
Ordered [34] motion Granted.
Order to be entered.

                                               *s/Ryan Sanders*
                                               **DEPUTY CLERK**

**TIME COMMENCED:** 10:00 a.m. **TIME ADJOURNED:** 10:21 a.m.
**TOTAL TIME:** 21 minutes