

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq. • Matthew J. Routh, Esq• Nicholas Neocleous, Esq.• Kimberly Wroblewski, Esq.

December 3, 2025

**Via ECF**
United States Magistrate Judge Matthew J. Skahill
United States District Court, District of New Jersey
Camden Division
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

   **Re:** *Dmitriy Kichin v. C.W. Clarke Associates, Inc. et. al.*
      Docket No 1:24-cv-10545-ESK-MJS

Dear Judge Skahill,

  This firm represents Plaintiff, Dmitriy Kitchin ("Mr. Kichin") in the above-captioned matter.

  I write respectfully to request an adjournment of the telephone conference currently scheduled for December 9, 2025 at 10:30am. The reason for the requested adjournment is that I have a scheduling conflict on that date due to arbitration. This is the first request for an adjournment of this conference, and all parties consent to the requested relief.

  We respectfully request that the Court adjourn the conference to a later date convenient for the Court.

  Thank you for your consideration of this request.

                  Sincerely,

                  /s/ Kadochnikov
                  Alexander Kadochnikov