Case 1:24-cv-10545-ESK-MJS   Document 44-2   Filed 02/12/26   Page 1 of 10 PageID: 238

USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday
No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025

Page 61

1        **MS. RUCCOLO:**  For C.W. Clarke.
2             Okay.  We're going to have to be
3    careful with that because again you haven't noticed
4    him as a representative of C.W. Clarke, so please
5    be specific when you ask him.
6             **MR. KADOCHNIKOV:**  I'm not asking --
7    this is not a 30(b)(6).
8             THE WITNESS:  I don't recall.
9    BY MR. KADOCHNIKOV:
10   Q.     You don't recall how long you --
11   **A.     It's a long time.**
12   Q.     More than 10 years?
13   **A.     Yes.**
14   Q.     Okay.  On page 1 of 267 there's a
15   handwritten notation and it looks like it's three
16   numbers, 32 followed by what looks like 705.  Do
17   you see that?
18   **A.     Yes.**
19   Q.     Whose handwriting is that?
20   **A.     I don't know.**
21   Q.     It's not your handwriting?
22   **A.     No.**
23   Q.     Was C.W. Clarke profitable in 2022?
24   **A.     I believe so, yes.**
25   Q.     Take a look at page -- at page 2 which is

Case 1:24-cv-10545-ESK-MJS   Document 44-2   Filed 02/12/26   Page 2 of 10 PageID: 239

USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday
No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025

Page 62

1  also DSuppl 268.  Do you see on the bottom where it
2  says Net Income and it's negative -- minus
3  $10,253.60?
4  **A.     I do.**
5  Q.     To the best of your knowledge, does the
6  accountant accurately, accurately prepare profit
7  and loss statements?
8  **A.     To the best of my knowledge.**
9  Q.     Do you know what information he uses to
10 prepare profit and loss statements?
11 **A.     I mean, he did these -- I'm not sure if he**
12 **did these for -- just for this purpose or -- I**
13 **mean, he gets all the bills.**
14 Q.     For -- you said for this purpose.  What do
15 you mean by for this purpose?
16 **A.     For -- I don't know if this was something**
17 **you asked for in discovery.**
18 Q.     I did.
19 **A.     Well, he -- they were probably prepared for**
20 **that.**
21             **MS. RUCCOLO:**  Well, only answer what
22 you know.  So if you don't know that's true, don't
23 guess.
24             THE WITNESS:  I don't know.  I don't
25 know if that's true.  I don't.

Case 1:24-cv-10545-ESK-MJS   Document 44-2   Filed 02/12/26   Page 3 of 10 PageID: 240

| USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday |
| No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025 |

Page 72

1    confused.
2            THE WITNESS:  Are you done with this?
3            **MR. KADOCHNIKOV:**  No, keep it there.
4            THE WITNESS:  Okay.
5            **MS. RUCCOLO:**  Okay.  This is P-3?
6            **MR. KADOCHNIKOV:**  Yes.
7            (Exhibit P-3 was marked for
8    identification.)
9            **MR. KADOCHNIKOV:**  So for the record
10   it's sequential Bates numbers DSuppl 128 to 156.
11   BY MR. KADOCHNIKOV:
12   Q.    Take a moment to look at this exhibit, and
13   let me know when you're ready.
14   **A.    Okay.**
15   Q.    Have you seen this document before today?
16   **A.    No, I have not.**
17   Q.    You haven't seen tax returns for C.W. Clarke
18   before, before today?
19   **A.    I haven't seen this tax return before today.**
20   Q.    But you have seen a tax return for C.W.
21   Clarke for the year 2023?
22   **A.    No.**
23   Q.    No?
24   **A.    No.**
25   Q.    Okay.  Do you normally review tax returns

Case 1:24-cv-10545-ESK-MJS   Document 44-2   Filed 02/12/26   Page 4 of 10 PageID: 241

USDC, District of NJ  Kichin v. C.W. Clarke Associates, Inc., et al.  Wednesday
No. 1:24-cv-10545-ESK-MJS  Deposition of James W. Scott  December 10, 2025

Page 73

1    for C.W. Clarke in the ordinary course of business?
2    **A.     No.**
3    Q.     No.  Is there anybody who does that?
4    **A.     Accountant.**
5    Q.     Only the accountant?
6    **A.     Pretty much.**
7    Q.     Okay.  If you would open page DSuppl 131.
8    It's four pages down.
9    **A.     I got it.**
10   Q.     Bear with me.  Does this document accurately
11   reflect the total income that C.W. Clarke would
12   have made in 2023?
13              **MS. RUCCOLO:**  Objection.  He is not
14   here as a Rule 30(b)6 witness.  That's an improper
15   question.
16              **MR. KADOCHNIKOV:**  To his knowledge.
17              **MS. RUCCOLO:**  And if you don't have
18   knowledge, you don't have knowledge.
19              We're not doing -- this seems very
20   misleading and tricky.  If you want to take a
21   deposition of a corporate representative, you had
22   an obligation to notify me and identify the areas
23   that you wanted him to have knowledge of.  You
24   didn't do that.
25              And yet we've now been sitting here --

USDC, District of NJ
No. 1:24-cv-10545-ESK-MJS
Kichin v. C.W. Clarke Associates, Inc., et al.
Deposition of James W. Scott
Wednesday
December 10, 2025

Page 74

1   **MR. KADOCHNIKOV:** I don't have to do
2   that. I don't have to --
3   **MS. RUCCOLO:** You do if you a want a
4   corporate representative.
5   **MR. KADOCHNIKOV:** I'm not deposing him
6   as a corporate representative.
7   **MS. RUCCOLO:** Okay. In your
8   individual capacity can you answer his question?
9   **MR. KADOCHNIKOV:** Could we have the
10  question read back, please.
11             (The court reporter read back the
12  following:
13             "Q: Does this document accurately
14  reflect the total income that C.W. Clarke would
15  have made in 2023?")
16  **MS. RUCCOLO:** You're answering in your
17  individual capacity.
18             THE WITNESS: I don't know. I don't
19  recall.
20  BY MR. KADOCHNIKOV:
21  Q.   Okay. We can put that away.
22  **MS. RUCCOLO:** Sorry?
23  **MR. KADOCHNIKOV:** We can put that
24  away.
25  BY MR. KADOCHNIKOV:

Case 1:24-cv-10545-ESK-MJS   Document 44-2   Filed 02/12/26   Page 6 of 10 PageID: 243

USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday
No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025

Page 86

1            **MS. RUCCOLO:**  Which by the way I still
2  haven't gotten a response.
3            **MR. KADOCHNIKOV:**  I understand.
4  BY MR. KADOCHNIKOV:
5  Q.    When was the last time you saw this
6  paysheet?
7  **A.    Yesterday.**
8  Q.    Okay.  And it's in Mr. Kichin's handwriting?
9  **A.    Yes.**
10 Q.    Okay.  Is it dated?  Like does it have a
11 date, to the best of your knowledge?
12 **A.    I'm not sure.  I'm not sure.  I'll have to**
13 **look.  I think it is, but I'm not sure.**
14 Q.    What information does this paysheet contain
15 in sum and substance?
16 **A.    It contains a -- you know, again, it was a**
17 **salary and a -- and a commission structure.**
18 Q.    And the salary you said was $600 a week?
19 **A.    Correct.**
20 Q.    And what was the commission structure?
21 **A.    10 percent.**
22           **MR. KADOCHNIKOV:**  Let's mark this as
23 P-4.
24           (Exhibit P-4 was marked for
25 identification.)

Case 1:24-cv-10545-ESK-MJS   Document 44-2   Filed 02/12/26   Page 7 of 10 PageID: 244

USDC, District of NJ                Kichin v. C.W. Clarke Associates, Inc., et al.                Wednesday
No. 1:24-cv-10545-ESK-MJS                  Deposition of James W. Scott                    December 10, 2025

Page 87

1    **MR. KADOCHNIKOV:** And that doesn't
2    have any confidentiality or attorneys' eyes only
3    notes.
4            **MS. RUCCOLO:** So they can be attached.
5            **MR. KADOCHNIKOV:** Yeah.
6    BY MR. KADOCHNIKOV:
7    Q.   Just take a moment to leaf through those
8    records.
9            **MS. RUCCOLO:** I think these are in
10   numerical order, right?
11           (The court reporter interrupted for
12   clarification.)
13           **MS. RUCCOLO:** Yeah, so these are in
14   numerical order and they go from DSuppl 483.
15           **MR. KADOCHNIKOV:** Just let me make
16   sure.  I think some of them were out of order.
17           **MS. RUCCOLO:** Okay.
18           **MR. KADOCHNIKOV:** No, they are in
19   order.
20           **MS. RUCCOLO:** Yeah, so it's DSuppl 483
21   to 509 is D-4.
22   BY MR. KADOCHNIKOV:
23   Q.   So we are on the -- well, first, have you
24   seen those records before?
25   **A.   No.**

Case 1:24-cv-10545-ESK-MJS   Document 44-2   Filed 02/12/26   Page 8 of 10 PageID: 245

USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday
No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025

Page 88

| | | |
|---|---|---|
| 1 | Q. | You haven't seen them before today? |
| 2 | **A.** | **Uh-uh.** |
| 3 | Q. | Do you know whose handwriting is on the -- |
| 4 | | on the records? |
| 5 | **A.** | **I do not.** |
| 6 | Q. | It's not your handwriting? |
| 7 | **A.** | **No.** |
| 8 | Q. | Do you know who produced them to your |
| 9 | | attorney? |
| 10 | **A.** | **No, I do not.** |
| 11 | Q. | You've never seen any of those pages before |
| 12 | | in C.W. Clarke? |
| 13 | **A.** | **That's correct.** |
| 14 | Q. | Okay. Would you go to page DSuppl 489, |
| 15 | | please. Are you there? |
| 16 | **A.** | **Um-hum.** |
| 17 | Q. | Okay. Do you see where it says, Bonus |
| 18 | | January and underneath Cars Sold it says 23. Is |
| 19 | | that bonus January '23 or is 23 referring to cars |
| 20 | | sold? |
| 21 | **A.** | **I do not know the answer.** |
| 22 | Q. | Okay. What did you say was Mr. Kichin's |
| 23 | | commission structure? |
| 24 | **A.** | **It was $600 draw against 10 percent draw.** |
| 25 | Q. | I understand (inaudible.) 10 percent of -- |

Case 1:24-cv-10545-ESK-MJS   Document 44-2   Filed 02/12/26   Page 9 of 10 PageID: 246

| USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday |
|---|---|---|
| No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025 |

Page 101

1   his -- this was his thing, you know.
2   Q.      You didn't feel C.W. Clarke needed those
3   people?
4   A.      No.
5   Q.      Did you ever express it to him?
6   A.      No, because I -- you know, like I said to
7   you, it was probationary period and I wanted to see
8   where it was going to go.
9   Q.      Okay.  How does C.W. Clarke process payroll?
10  A.      That's how we process payroll.
11  Q.      I mean, do the employees get paid by check,
12  direct deposit --
13  A.      They get a check.
14  Q.      -- something else?
15          Is it a handwritten check?
16  A.      Yes.
17  Q.      Do you write the checks?
18  A.      I do.
19  Q.      Okay.  Do you use any payroll processing
20  software?
21  A.      No.
22  Q.      Does your accountant -- does C.W. Clarke's
23  accountant help you with that?
24  A.      He -- yes.
25  Q.      How does the information about the payroll

Case 1:24-cv-10545-ESK-MJS    Document 44-2    Filed 02/12/26    Page 10 of 10 PageID: 247

USDC, District of NJ                Kichin v. C.W. Clarke Associates, Inc., et al.                Wednesday
No. 1:24-cv-10545-ESK-MJS          Deposition of James W. Scott                    December 10, 2025

Page 102

1   get communicated to an accountant?

2   **A.     It gets -- these sheets get faxed to the**

3   **accountant.  The accountant applies the taxes.  And**

4   **then sends me back a --**

5   Q.     These sheets get faxed to the accountant and

6   we are on P-4?

7   **A.     Yes.**

8   Q.     The, the sheets?

9   **A.     He puts it into a different format and sends**

10  **it back.**

11  Q.     Right.  Those are the sheets that I think

12  you said you never saw before today.

13  **A.     Yeah, but I don't do these.**

14  Q.     Okay.  And you don't know who does?

15  **A.     Well, you know, you know, he did -- he did**

16  **them when he was -- when he was doing this and**

17  **Worthington did them some of the time, but I never**

18  **did them.**

19  Q.     Okay.

20  **A.     I do everything else.  I pay all the bills.**

21             **MS. RUCCOLO:**  When you say "he," were

22  you referring to Mr. Kichin?

23             THE WITNESS:  Yes.

24             **MS. RUCCOLO:**  Okay.

25  BY MR. KADOCHNIKOV: