USDC, District of NJ  Kichin v. C.W. Clarke Associates, Inc., et al.  Wednesday
No. 1:24-cv-10545-ESK-MJS  Deposition of James W. Scott  December 10, 2025

Page 105

1  **MR. KADOCHNIKOV:** It would double my
2  load.
3  BY MR. KADOCHNIKOV:
4  Q.  Mr. Scott, have you seen those records
5  before today?
6  **A.  No.**
7  Q.  You haven't seen C.W. Clarke's bank account
8  records before today?
9  **A.  Not like -- not in this format, no.**
10 Q.  In what format did you see them in?
11 **A.  Well, I have a computer.**
12 Q.  Right. So do those statements accurately
13 reflect the banking account information that's with
14 C.W. Clarke?
15                 **MS. RUCCOLO:** Only if you can answer
16 the question.
17                 He said he's never seen them, so I
18 don't know how he can answer it that it's accurate.
19 And he is not here as a C.W. Clarke corporate
20 representative.
21 BY MR. KADOCHNIKOV:
22 Q.  Right. So you can't testify whether that's
23 a true and accurate copy of C.W. Clarke's bank
24 statements; is that correct?
25 **A.  I'm going to assume that it is.**

Case 1:24-cv-10545-ESK-MJS   Document 45-1   Filed 02/20/26   Page 2 of 8 PageID: 252

USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday
No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025

Page 106

```
 1   Q.     Don't assume.
 2                  MS. RUCCOLO:  Well, we don't want you
 3   to assume anything.
 4   BY MR. KADOCHNIKOV:
 5   Q.     Don't assume.
 6                  MS. RUCCOLO:  Yeah.
 7                  THE WITNESS:  As -- you know, it's --
 8   I see this in a different way because I see these
 9   pages as I'm looking at a computer.  So I don't
10   normally get -- I don't get -- I don't get
11   statements like this.
12   BY MR. KADOCHNIKOV:
13   Q.     Sure.
14   A.     You know what I'm saying?  It doesn't come
15   like this.  It's done on a computer.  It's all --
16                  MS. RUCCOLO:  And you don't see them
17   in your individual capacity; is that correct?
18                  THE WITNESS:  That's correct.
19   BY MR. KADOCHNIKOV:
20   Q.     Who printed out the statements?
21   A.     The bank.
22   Q.     Who picked them up from the bank?
23   A.     I don't recall.  I don't know.  It wasn't
24   me.
25   Q.     It wasn't you?  They were never handed to
```

Case 1:24-cv-10545-ESK-MJS   Document 45-1   Filed 02/20/26   Page 3 of 8 PageID: 253

USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday
No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025

Page 107

1  you?
2  **A.    No, I think they may have brought them.**
3  Q.    The bank brought them to who?
4  **A.    Yes, to the -- to the business.  They may**
5  **have dropped them.**
6  Q.    To C.W. Clarke.
7  **A.    Because they were sensitive.**
8  Q.    Okay.  So they, they dropped them?
9  **A.    I believe so.**
10 Q.    But you don't know?
11 **A.    I don't know.  I wasn't there when they --**
12 **you know.**
13 Q.    Who transmitted this to your attorney?
14              **MS. RUCCOLO:**  Objection.  That's a
15 communication.
16              Do not answer that question.
17 BY MR. KADOCHNIKOV:
18 Q.    Who transmitted the documents to an
19 attorney --
20              **MS. RUCCOLO:**  Who transmit -- who C.W.
21 Clarke transmitted -- communicated with me with
22 these documents is privileged.
23              **MR. KADOCHNIKOV:**  Not communicated.
24 Who transmitted them.
25              **MS. RUCCOLO:**  That's a communication.

USDC, District of NJ                Kichin v. C.W. Clarke Associates, Inc., et al.                Wednesday
No. 1:24-cv-10545-ESK-MJS                Deposition of James W. Scott                December 10, 2025

Page 108

1     **MR. KADOCHNIKOV:** It's not.
2     **MS. RUCCOLO:** It is.
3     **MR. KADOCHNIKOV:** Okay. So you're
4  instructing him --
5     **MS. RUCCOLO:** First of all, he's not
6  here as a C.W. Clarke rep, okay?
7     **MR. KADOCHNIKOV:** So you said before.
8     **MS. RUCCOLO:** Okay. And I'm going to
9  say it again because we're going down that road
10 again, and you're asking him communications between
11 C.W. Clarke and their attorney. I'm instructing
12 him not to answer that.
13    **MR. KADOCHNIKOV:** Okay. We'll figure
14 it out later.
15 BY MR. KADOCHNIKOV:
16 Q.    Take a look at the first page, DSuppl 510.
17 Do you see that?
18 **A.    Yes, sir.**
19 Q.    Do you see there's a -- where was it? It's
20 around the middle of the page where the date is
21 12/03. Do you see where it says, WEB TFR to then
22 XXXX7513?
23 **A.    Yes.**
24 Q.    Do you know who the account ending with 7513
25 belongs to?

Case 1:24-cv-10545-ESK-MJS   Document 45-1   Filed 02/20/26   Page 5 of 8 PageID: 255

USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday
No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025

Page 109

1  **A.   To the best of my knowledge C.W. Clarke.**
2  Q.   Well, these --
3           **MS. RUCCOLO:**  Well, actually the
4  number is longer than that.  There's more than one
5  number there.
6           **MR. KADOCHNIKOV:**  Well, 7513, right
7  here.
8           **MS. RUCCOLO:**  Right.  And then there's
9  a number underneath it, 155516017572.
10          **MR. KADOCHNIKOV:**  That's not part of
11 the account number.
12          **MS. RUCCOLO:**  I don't know it.  Do you
13 know that it's -- you've got to ask him does he
14 know if it's part of the account number.  You're
15 assuming it.  Objection.
16          **MR. KADOCHNIKOV:**  Well, I'm just
17 talking about one specific line.
18          **MS. RUCCOLO:**  And I'm objecting
19 because I don't think it accurately depicts what's
20 on this document that doesn't belong to Mr. Scott
21 individually.
22 BY MR. KADOCHNIKOV:
23 Q.   Mr. Scott, do you see on top of the -- on
24 top of the page with the same Bates number there's
25 Primary Account and it has 75 -- account ending in

Case 1:24-cv-10545-ESK-MJS   Document 45-1   Filed 02/20/26   Page 6 of 8 PageID: 256

USDC, District of NJ　　　Kichin v. C.W. Clarke Associates, Inc., et al.　　　Wednesday
No. 1:24-cv-10545-ESK-MJS　　　Deposition of James W. Scott　　　December 10, 2025

Page 110

1　　7513?  Do you see that?
2　　**A.　　Yes.**
3　　Q.　　Now, back to the middle of the page it says
4　　a web transfer to 7513.  Do you see that?
5　　**A.　　Yes, sir.**
6　　Q.　　Would you agree with me that 7512 and 7513
7　　are sequential numbers?
8　　**A.　　Yes.**
9　　　　　　　　**MS. RUCCOLO:**  I'm going to object --
10　　okay.  Go ahead.
11　　BY MR. KADOCHNIKOV:
12　　Q.　　I asked a question.
13　　**A.　　Yes.**
14　　Q.　　They are sequential numbers.
15　　　　　　　　Now, do you know who the account
16　　ending with 7513 belongs to?
17　　**A.　　Like I said to you earlier --**
18　　　　　　　　**MS. RUCCOLO:**  Assuming it's an
19　　account, and I object to it because there's no
20　　facts in the record to support that it is -- that
21　　number, not including the number below, is an
22　　account number.
23　　　　　　　　**MR. KADOCHNIKOV:**  Sure, assuming it's
24　　an account.
25　　　　　　　　We're not at trial.

Case 1:24-cv-10545-ESK-MJS   Document 45-1   Filed 02/20/26   Page 7 of 8 PageID: 257

USDC, District of NJ                 Kichin v. C.W. Clarke Associates, Inc., et al.                 Wednesday
No. 1:24-cv-10545-ESK-MJS            Deposition of James W. Scott                          December 10, 2025

Page 111

1            **MS. RUCCOLO:** And my objection -- I'm
2  making my objections for the record which I'm
3  perfectly entitled to do.  Okay?
4            **MR. KADOCHNIKOV:** Absolutely. Are you
5  also instructing him not to answer?
6            **MS. RUCCOLO:** No, I'm objecting to
7  your question because it assumes facts that are not
8  in evidence, that he doesn't have personal
9  knowledge of, and he's not here as a representative
10 of C.W. Clarke.  That's my objection.
11           If he can answer it, he can answer it.
12 BY MR. KADOCHNIKOV:
13 Q.    Can you answer the question?
14 **A.    I believe it's a C.W. Clarke account.**
15           **MR. KADOCHNIKOV:** Now, I'll represent
16 to you that all of these bank statements that were
17 provided to me, they are with an account number
18 7512.  None of them are with 7513.
19           So to the extent the bank accounts
20 ending in account number 7513 were not provided, I
21 would request the production and I understand Miss
22 Ruccolo will take that under advisement.
23           **MS. RUCCOLO:** He's not here as a
24 representative of the corporation, and I disagree
25 that that is the end of the account -- of the

Case 1:24-cv-10545-ESK-MJS   Document 45-1   Filed 02/20/26   Page 8 of 8 PageID: 258

USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday
No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025

Page 112

1  number because the number goes on on the next line.
2              So I, I disagree with your
3  interpretation.
4              **MR. KADOCHNIKOV:**  That's fine.
5              **MS. RUCCOLO:**  You can make -- whatever
6  request you want to make after today you can make.
7              **MR. KADOCHNIKOV:**  P-5 we can put away.
8              Another thing, I'll represent in these
9  stack of papers, bank account -- bank statement for
10 January of 2023 was missing.  I'm sure it was
11 inadvertent.
12             **MS. RUCCOLO:**  I produced to you what
13 the bank produced.  You never told me you were
14 missing anything.
15             Again, send me a letter.  I'll take a
16 look at it.
17             **MR. KADOCHNIKOV:**  Sure thing.
18             **MS. RUCCOLO:**  I sent these to you
19 several months ago, I believe.
20             THE WITNESS:  You're done with these?
21             **MR. KADOCHNIKOV:**  Yes.
22 BY MR. KADOCHNIKOV:
23 Q.    Mr. Scott, you mentioned earlier that you
24 read the transcript of the recorded conversation
25 between you and Mr. Kichin, right?