

Laura D. Ruccolo
856.914.2084
lruccolo@capehart.com

February 25, 2026

Honorable Mathew J. Skahill, U.S.M.J.
United States District Court, District of New Jersey Camden
Mitchell H. Cohen Building & U.S. Cthse.
4th & Cooper Sts.
Camden, NJ 08101

Re:   C.W. Clarke ads. Kichin, Dmitriy
      Our File No.  10413-67258.e
      Docket No.  1:24-cv-10545-ESK-MJS

Dear Judge Skahill:

     I am responding to Plaintiff's counsel's letter seeking certain disclosure. Plaintiff's counsel's letter seeks information beyond the questions that were asked at Mr. Scott's deposition and beyond what Plaintiff's counsel advised me that he was seeking.  This seems to be a moving target.

     I assume in error, Plaintiff's counsel failed to attach to his submission, the letter he sent and outlines the issues we discussed.  This omission is important, because it shows that our discussions were limited to the issues set forth in Plaintiff's counsel's February 4, 2026 letter.  Notably, we never had any discussions regarding Defendant's prior answers to interrogatories or any questions other than who delivered the bank records to my office.  Moreover, as is clear from Plaintiff's February 4, 2026 letter the interrogatories referred to were those served on January 28, 2026 and have not yet been answered because responses are not yet due.

     Another important point that Plaintiff's counsel omits is the fact that Plaintiff never noticed or sought Defendant CW Clark & Associates, Inc. to produce any Rule 30(b)(6) witness.  Instead, Mr. Scott's deposition was noticed in his individual capacity and not to bind CW Clark.  On the record at Mr. Scott's deposition, I pointed this out to Plaintiff's counsel and he advised that he was not seeking testimony from Mr. Scott as Rule 30(b)(6) witness.  I attach hereto the pages of the transcript that confirm that Mr. Scott was not deposed as a representative of CW Clark.  Plaintiff's attempts to now claim that Mr. Scott was not prepared to testify as corporate designee, when he failed to notice a corporate designee is improper.  Moreover, the Court will note that the transcript pages provided to the Court by Plaintiff's counsel are not the same transcript pages Plaintiff's counsel discussed with me.

     The record does not support Plaintiff's counsel's claims.  Mr. Scott, who was not deposed as a corporate designee answered the question about how and who gathered CW Clark's bank records. Plaintiff's claims that he did not get responses to those questions from a non-corporate designee is utterly false.  Mr. Scott specifically testified that he told the bank what records CW Clark was seeking and that the bank printed out the bank records that Plaintiff's counsel was discussing. Mr. Scott further testified that he did not know who picked up the documents from the bank.  Mr. Scott further testified that he thought the bank may have dropped the records off at CW Clark's place of business.

February 25, 2026
Page 2

Accordingly, Plaintiff was provided with the information, he claims he was not provided with. (See Scott Transcript pgs. 105-108). Plaintiff's counsel indicated to me that he wants to know how the documents got to my office. Mr. Scott testified that he did not know. Again, Plaintiff chose not to depose a Rule 30(b)(6) witness. Nor, can Plaintiff explain what relevance who delivered or mailed the documents to my office has to any claim or defense in the case.

     Moreover, Plaintiff is complaining that he has not yet received answers to Interrogatories that are not yet due. The Second Set of Interrogatories was served on January 28, 2026 and the responses are not yet due under Fed.R.Civ.P. 33. Thus, Plaintiff's request that the Court Order any responses at this point in time is premature.

                                                       Respectfully submitted,
                                                       CAPEHART & SCATCHARD, P.A.

                                                       *Laura D. Ruccolo*

                                                       Laura D. Ruccolo

LDR/ldr
15729277