Case 1:24-cv-10545-ESK-MJS    Document 46-1    Filed 02/25/26    Page 1 of 1 PageID: 270

| USDC, District of NJ | Kichin v. C.W. Clarke Associates, Inc., et al. | Wednesday |
|---|---|---|
| No. 1:24-cv-10545-ESK-MJS | Deposition of James W. Scott | December 10, 2025 |

### Page 2

```
 1    APPEARANCES:
 2    GILL & KADOCHNIKOV, PC
      BY:  ALEXANDER KADOCHNIKOV, ESQUIRE
 3    Akadochnikov@gkfirm.law
      80-02 Kew Gardens Rd., Suite 600
 4    Kew Gardens, NY 11415
      718-332-9600
 5    Counsel for Plaintiff
 6
 7    CAPEHART & SCATCHARD, P.A.
      BY:  LAURA D. RUCCOLO, ESQUIRE
 8    Lruccolo@capehart.com
      8000 Midlantic Drive, Suite 300S
 9    Mount Laurel, NJ 08054
      856-234-6800
10    Counsel for Defendants
11    ALSO PRESENT:
12    Dmitry Kichin
```

### Page 3

```
            EXAMINATION INDEX

James W. Scott
     BY MR. KADOCHNIKOV . . . . . . . . . . . .  4
     BY MS. RUCCOLO . . . . . . . . . . . . . .117

              EXHIBIT INDEX
                                      PAGE
D
1    Notice of Deposition              4

P
1    Employer's Quarterly Federal Tax  26
     Returns

2    C.W. Clarke Associates INC Profit &  59
     Loss Statements

3    Filing Instructions CW Clarke Assoc Inc  72
     Corporation Tax Return Taxable Year
     Ended December 31, 2023, with attached
     return, DSuppl000128-156

4    C.W. Clarke Auto Centers Weekly Pay  86
     sheets, DSuppl000483-509

5    Fulton Bank Statements,           104
     DSuppl0000510-975

     (Exhibits P-1, P-2, P-3 and P-5 were retained by
            counsel.)

            REQUESTS
           PAGE    LINE
            85      22
           111      22
```

### Page 4

```
 1         MS. RUCCOLO:  Before we get started I
 2   want to mark as D-1 the deposition notice.  You've
 3   noticed only Mr. Scott --
 4         MR. KADOCHNIKOV:  Yes.
 5         MS. RUCCOLO:  -- in his individual
 6   capacity.
 7         MR. KADOCHNIKOV:  Yes.
 8         MS. RUCCOLO:  Okay.  None of his
 9   testimony is 30(b)6.
10         MR. KADOCHNIKOV:  No.
11         MS. RUCCOLO:  It's not going to bind
12   the corporation.
13         MR. KADOCHNIKOV:  It's not 30(b)(6).
14         MS. RUCCOLO:  Okay.  Let's just mark
15   that.
16         (Exhibit D-1 was marked for
17   identification.)
18         JAMES W. SCOTT, having been duly
19   sworn, was examined and testified as follows:
20              EXAMINATION
21   BY MR. KADOCHNIKOV:
22   Q.   Good morning, Mr. Scott.
23   A.   Good morning, sir.
24   Q.   My name is Alexander Kadochnikov.  I
25   represent the plaintiff in this matter.  The court
```

### Page 5

```
 1   reporter just swore you in so you have an
 2   obligation to tell the truth.  Is that acceptable?
 3   A.   Yes.
 4   Q.   Okay.  Please give me verbal answers,
 5   meaning no nodding of the head, no shrugging of the
 6   shoulders.  I know that body language is an
 7   important day-to-day communication, but for the
 8   purpose of our court reporter she has to take down
 9   everything that we say verbatim.  Is that
10   acceptable?
11   A.   I understand.
12   Q.   If you can't understand something please let
13   me know and I'll rephrase to the best of my
14   ability.  Is that acceptable?
15   A.   Yes.
16   Q.   If you don't know the answer to something,
17   please don't guess.  I don't know is a perfectly
18   acceptable answer.  Is that acceptable to you?
19   A.   Yes.
20   Q.   If I am asking you a question you can assume
21   that I'm not asking about any conversations you may
22   have had with your attorney because that's
23   attorney/client privilege.  Do you understand that?
24   A.   Yes.
25   Q.   Are you under the influence of any drugs or
```