# EXHIBIT C

| | |
|---|---|
| Void ☐ | a Employee's social security number [redacted] |
| OMB No. 1545-0008 | |
| b Employer identification number (EIN) [redacted] | |
| c Employer's name, address, and ZIP code<br>C.W.CLARKE ASSOCIATES INC<br>1430 ROUTE 130<br>GLOUCESTER NJ 08030 | |
| d Control number | |
| e Employee's name, address, and ZIP code<br>KOBEY D EVANS<br>517 EMPIRE WAY EAST<br>GLASSBORO NJ 08028 | |
| 1 Wages, tips, other compensation | 4410.62 |
| 2 Federal income tax withheld | 543.00 |
| 3 Social security wages | 4410.62 |
| 4 Social security tax withheld | 273.46 |
| 5 Medicare wages and tips | 4410.62 |
| 6 Medicare tax withheld | 63.95 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a See instructions for box 12 | |
| 12b | |
| 12c | |
| 12d | |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | |
| 14 Other | NJ-SDI 6.17<br>NJ-SUI 16.87<br>NJ-WFD 1.85<br>NJ-FLI 6.17 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NJ | [redacted]/000 | 4410.62 | 127.60 | | | |

Form **W-2 Wage and Tax Statement** REV 12/09/22 QBDT **2022**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

**Copy D — For Employer**

---

| | |
|---|---|
| Void ☐ | a Employee's social security number [redacted] |
| Copy D — For Employer<br>OMB No. 1545-0008 | |
| b Employer identification number (EIN) [redacted] | |
| c Employer's name, address, and ZIP code<br>C.W.CLARKE ASSOCIATES INC<br>1430 ROUTE 130<br>GLOUCESTER NJ 08030 | |
| d Control number | |
| e Employee's name, address, and ZIP code<br>DMITRY KICHIN<br>126 DOROTHY AVE.<br>EDISON NJ 08837 | |
| 1 Wages, tips, other compensation | 3000.00 |
| 2 Federal income tax withheld | 175.00 |
| 3 Social security wages | 3000.00 |
| 4 Social security tax withheld | 186.00 |
| 5 Medicare wages and tips | 3000.00 |
| 6 Medicare tax withheld | 43.50 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a See instructions for box 12 | |
| 12b | |
| 12c | |
| 12d | |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | |
| 14 Other | NJ-SDI 4.20<br>NJ-SUI 11.48<br>NJ-WFD 1.26<br>NJ-FLI 4.20 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NJ | [redacted]/000 | 3000.00 | 50.40 | | | |

Form **W-2 Wage and Tax Statement** REV 12/09/22 QBDT **2022**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

**Copy D — For Employer**