# EXHIBIT D

There was a problem processing your payment. Please update your payment method(s).

Home My Network Jobs Messaging Notifications Me For Business Lear



## Dmitriy Kichin · 2nd

Special Finance A-Z

- Astute Subprime Consulting

Philadelphia, Pennsylvania, United States · Contact info

1,057 followers · 500+ connections

Follow Message More

### About

I create win-win-win transactions between consumers with challenged credit, auto dealerships and the banks!

### Activity

1,057 followers

+ Follow

Dmitriy Kichin commented on a post · 7mo

Congrats Gregory

Show all comments →

### Experience

**President**
Astute Subprime Consulting · Full-time
May 2023 - Present · 1 yr 11 mos
Philadelphia, Pennsylvania, United States · On-site

I help auto dealers build or tweak their subprime finance departments to help them serve a consumer group in a win-win environment while...

Training, Sales and +14 skills

**General Manager**
CW Clarke · Full-time
Nov 2022 - Apr 2023 · 6 mos

200 cars all makes and models - credit doesn't scare us.

Training, Recruiting and +12 skills

There was a problem processing your payment. Please update your payment method(s).

Oct 2020 - Nov 2022 · 2 yrs 2 mos
Runnemede, New Jersey

Training, Recruiting and +12 skills

Founder
Astute SubPrime Consulting · Full-time
May 2020 - Sep 2020 · 5 mos
Edison, New Jersey, United States

Helping auto dealers navigate the Subprime segment at a profit, minus the headaches!

Training, Recruiting and +7 skills

Special Finance Manager
Conicelli Autoplex · Full-time
Jan 2011 - Apr 2020 · 9 yrs 4 mos

Led a team of sales professionals that arranged a marriage between the consumers with challenged credit, auto dealer and the lending partners at ...

Training, Recruiting and +12 skills

## Education

John Jay College (CUNY)
BA, Political Science, Minors in Psychology and Criminology
2001 - 2005

## Skills

Accounting

4 experiences across Astute Subprime Consulting and 3 other companies

Training

5 experiences across Astute Subprime Consulting and 4 other companies

Show all 46 skills →

## Recommendations

Received Given

Steven Fanelli · 2nd
Pre-Owned Director @ Hyundai of North Charleston and West Ashley
October 20, 2020, Steven was senior to Dmitriy but didn't manage Dmitriy directly

Very focused and works smart!

Vladislav Vlasov · 3rd
Special Finance Manager at Conicelli Autoplex
September 4, 2020, Vladislav worked with Dmitriy on the same team

There was a problem processing your payment. Please update your payment method(s).

of knowledge from this person in both personal and professional levels.

## Interests

Top Voices Companies Groups Newsletters Schools

Ray Dalio · 3rd
Founder, CIO Mentor, and Member of the Bridgewater Board
2,709,723 followers
+ Follow

Mary Barra · 3rd
Chair and Chief Executive Officer at General Motors
1,423,428 followers
+ Follow

Show all Top Voices →

Promoted
Macquarie Group
Brandon, keep up with relevant opportunities at Macquarie Group
Ready for your next opportunity?
Trinity S. & 13 other connections also follow
Follow

## More profiles for you

Warren Hansen · 3rd
Business Owner at Capt. Warren LLC
View profile

Kristina Banet · 3rd
Finance director at Chapman auto stores
+ Follow

Nate K · 3rd
--
View profile

Steve Bender · 3rd
Sales | Project Manager | Resinous Flooring
View profile

Carol Dewey · 2nd
Financial Advisor Author Speaker Podcast Host | I help business leaders 'Chart Their Course' to financial freedom in the most tax-efficient...
+ Follow

Show all

There was a problem processing your payment. Please update your payment method(s).

Business Account Manager

Connect

Kristen Adamsky Fick · 2nd
Sales, Marketing and Training Professional

+ Follow

Sean Thompson · 2nd
Senior Sales and Operations Leader + Innovative Coach and Mentor

Connect

Jordan Redfern · 2nd
Challenger Method Sales Professional | Growth Mindset | Relationship Builder

+ Follow

People you may know

Sarah Mackie
--

Connect

James A. Rachlin, CFP®
Financial Advisor, Satellite Branch Manager at Janney Montgomery Scott LLC

Connect

Danielle Carini
Director of Lending Solutions at Janney Montgomery Scott Wealth Management

Connect

Brianna Morello
Associate Attorney at Brown & Connery, LLP

Connect

Matthew Pergola, CISA
Business Consulting - Technology Risk Manager at EY

Connect

Show all