# EXHIBIT F

# DMITRIY KICHIN

Philadelphia, PA | +1-908-217-1108 | dkich96@gmail.com


## SALES STRATEGY & EXECUTION

Auto industry professional with 13+ years of demonstrated success in sub-prime lending, leads generation, acceleration of profitability and management of dealerships. Accountable for all aspects of sales, marketing, vehicle acquisition, OEM and lender relationship. Known for setting strategic direction and efficient execution across all revenue channels. Proven success in building and driving high performing teams. Champion of cross-functional collaboration, with hands-on experience in building professional relationships, garnering people around one vision, delivering results across teams and markets. Passionate about coaching and mentoring talent and cultivating future leaders. Optimist by nature, driver with high motivation and energy to spark innovation and bring meaningful change for the benefit of consumers and business. Executive presence with decision-making committees and external stakeholders, business acumen, efficient resource, and P&L management.

## INDUSTRY EXPERIENCE

11/2022-05/2023 **CW CLARKE, General Manager** Gloucester City, NJ

- Drove dealership's operational efficiencies and profitability by optimizing strategy and performance
- Developed merchandising strategies for all pre-owned inventory
- Double sales volume and profitability
- Identified talent for recruitment, trained, and retained Finance Managers, Sales Managers, and Sales
- Cultivated relationships with key lending institutions and added targeted new lenders to improve ability to serve full spectrum consumer
- Monitored and reported dealership's Key Performance Indicators (KPIs) to dealer principal

10/2020-11/2022 **TOYOTA OF RUNNEMEDE, Special Finance Director** Runnemede, NJ

- Created a Subprime dept from 0 to 80 UVS per month and $4.5 million revenue per year
- Implemented sales strategy resulting in $5400 PVR with a 75/25 split front and back-end
- Established lending relations with national lenders specializing in below 600 FICO without recourse
- Hired, trained and mentored Sales, Finance Managers, BDC Callers in the art of special finance sales
- Developed protocols to minimize contracts in transit to below 36 hours
- Collaborated strategies with used car manager, auction buyers and reconditioning manager to source appropriate inventory while keeping a 60 day turn policy and minimizing wholesale loses
- Developed and implemented advertisement strategies for Subprime consumer with ROI of 500%
- Developed a Spanish arm of Special Finance sales team to serve Spanish speaking community
- Implemented collaboration strategies between prime and subprime departments to adequately serve full spectrum consumer

09/2011-05/2020 **CONICELLI AUTOPLEX, Special Finance Sales Manager** Conshohocken, PA
**Honda, Toyota, Nissan, Hyundai, Genesis**

- Consistently produced 150 subprime UVS per month and generated $8.5mil revenue per year
- Developed and implemented inventory strategies by collaborating with auction purchasers, service department and used car managers in order to optimize offerings to non-prime credit consumers
- Built network of lenders with diverse lending programs to maximize customer credit approvals
- Developed and implemented strategies to drive brand preference with targeted consumer
- Evaluated advertisement budget and negotiated costs with marketing partners to maximize ROI across social media, internet, and direct mail
- Improved lead generation, customer show ratio and retention by developing innovative strategies
- Generated additional sales and captured non-prime business by establishing protocols and training conventional sales staff to identify and transition non-prime credit consumer



EXHIBIT D-9 KM 10-8-25

- Optimized utilization of CRM to drive sales and customer satisfaction
- Improved CITs and lowered down deal ratio to below 3%
- Implemented perfomance metrics for sales staff and monitored and CRM for compliance
- Increased gross profit per copy by 30% generating $3900 in gross profit per deal by optimizing front and back-end gross
- Increased warranty and gap insurance products sales to 65% penetration

2011-2018 **Special Finance Sales Consultant**

- Ranked number one in sales for six years in a row while generating over $1M in revenue per year
- Built and implemented customer referral network, and developed training manual for sales staff to establish their books of business
- Drove sales by analyzing online leads, communicating with consumer, explaining lending limitations and setting expectations
- Structured deals by successfully matching lender program with customer while maximizing

## EDUCATION

**JOHN JAY COLLEGE, CUNY** New York, NY

BA Political Science, May 2004