# EXHIBIT G

Dmitriy Kichin
126 Dorothy Ave
Edison, NJ 08837

Vlad Vlasov
642 Violet Rd.
Warminster, PA 18974

April 29, 2023

James Scott
212 E. Browning Rd.
Collingswood, NJ 08108

Re: C.W. Clarke Associates Inc. 1430 Crescent Blvd, Gloucester City, NJ 08030

Dear James:

We are interested in purchasing your business and property based on the following.

1. Day 1 we are added to all dealer agreements with lender partners (Ally Financial, Capital One, CPS, Reginal Acceptance, Prestige, Citadel fcu, CAC, Global, Crescent Bank and Trust, Westlake) as 50% equity owners with you.

    a. You, James Scott remains on all dealer agreements for 368 days. After that you can choose to remove yourself from all dealer agreements and we become 100 % owners.

2. Day 1 we are added to the dealer license as 50% owner operators and dealer license is maintained in good standing.

3. We take over the name C.W. Clarke and Associates Inc, corp code and all DBAs associated with it, tax id # must remain the same.

4. James Scott relinquishes all operational control effective immediately.

5. All currently owned inventory can be liquidated at auction at your choice or retailed out of this location.

    a. No new inventory is to be purchased or reconditioned by you unless prior authorization is obtained.

6. All previous gap insurance, service contract cancellations up to $4000.00 per month are inherited by us. Any overage is too be charged back against monthly payments due to you.

James, if the above listed terms are acceptable to you, we are prepared to offer you a $2,000,0000 purchase price. We are willing to give you a $100,000 and willing to offer you a mortgage @ 6% for 7 years for a monthly payment of $28,000.00

This offer is valid until end of day 05/06/2023

EXHIBIT
tabbies
D-11
KM 10-8-25

DK0000102